UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12689-RWZ

| | |
|---|---|
| JAMES P. CIESLUK,<br><br>      Plaintiff<br>v.<br><br>THE TOWN OF BELLINGHAM, BRIAN D. KITCHER, PETER LEMON, EDWARD GUZOWSKI, JOHN MELANSON, GERARD L. DAIGLE and RICHARD PERRY,<br><br>      Defendants | DEFENDANTS' ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME |

Now come the defendants in the above-captioned action and hereby move, pursuant to Fed.R.Civ.P. 6(b), for a 30-day enlargement of time in which they must answer or otherwise respond to the Complaint, up to and including March 4, 2005.

As grounds therefor, defendants state that the requested enlargement is necessary to confirm service and representation issues, and to provide a reasoned response to the Complaint. Defendants further state that plaintiff has assented to this motion.

DEFENDANTS,

By their attorneys,

/s/ Jackie Cowin
Joseph L. Tehan, Jr. (BBO # 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242055/Metg/0001