AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN 27 P 2: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

JAMES P. CIESLUK,
         PLAINTIFF

V.

THE TOWN OF BELLINGHAM, BRIAN D. KITCHER,
PETER LEMON, EDWARD GUZOWSKI, JOHN
MELANSON, GERARD L. DAIGLE and
RICHARD PERRY

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

# 04-12689 RWZ

TO: (Name and address of Defendant)

SERGEANT PETER LEMON
BELLINGHAM POLICE DEPARTMENT
SIX MECHANIC STREET
BELLINGHAM, MASSACHUSETTS 02019

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FRANCES L. ROBINSON, ESQUIRE
DAVIS, ROBINSON & WHITE, LLP
ONE FANUEIL HALL MARKETPLACE, THIRD FLOOR
SOUTH MARKET BUILDING
BOSTON, MASSACHUSETTS 02109
(617) 723-7339

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    12/23/04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>JANUARY 12, 2005 at 11:45 A.M. |
| NAME OF SERVER (PRINT)<br>ELIZABETH LEE FULLER | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY DELIVERING SAID COPIES TO THE BELLINGHAM POLICE DEPARTMENT, AND GIVING SAID COPIES IN HAND TO JANET MACLURE, ADMIN. ASST. TO THE POLICE CHIEF, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT 6 MECHANIC STREET, BELLINGHAM, MA.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $33.00 | $36.00 | $69.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JANUARY 12, 2005
              Date

Signature of Server  ELIZABETH LEE FULLER, CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.