UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12689-RWZ

JAMES P. CIESLUK,

Plaintiff

v.

THE TOWN OF BELLINGHAM, BRIAN D. KITCHER, PETER LEMON, EDWARD GUZOWSKI, JOHN MELANSON, GERARD L. DAIGLE and RICHARD PERRY,

Defendants

DEFENDANT TOWN OF BELLINGHAM'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Now comes defendant Town of Bellingham and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Town of Bellingham
Through its Town Administrator
Dennis Frane

COUNSEL TO DEFENDANT
TOWN OF BELLINGHAM,

_____
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242431/METG/0409

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12689-RWZ

JAMES P. CIESLUK,

    Plaintiff

v.

THE TOWN OF BELLINGHAM, BRIAN D. KITCHER, PETER LEMON, EDWARD GUZOWSKI, JOHN MELANSON, GERARD L. DAIGLE and RICHARD PERRY,

    Defendants

DEFENDANT GERARD L. DAIGLE'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Now comes defendant ~~Brian D. Kitcher~~ Gerard L. Daigle - jr and the undersigned counsel and hereby affirm that they have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Gerard L. Daigle

COUNSEL TO DEFENDANT
GERARD L. DAIGLE,

_____
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242431/METG/0409

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12689-RWZ

JAMES P. CIESLUK,

    Plaintiff

v.

THE TOWN OF BELLINGHAM, BRIAN D. KITCHER, PETER LEMON, EDWARD GUZOWSKI, JOHN MELANSON, GERARD L. DAIGLE and RICHARD PERRY,

    Defendants

DEFENDANT RICHARD PERRY'S LOCAL RULE 16.1(D)(3) CERTIFICATE

    Now comes defendant ~~Brian D. Kitcher~~ *Richard Perry - JC* and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

*Richard Perry* [signature]

COUNSEL TO DEFENDANT RICHARD PERRY,

*Jackie Cowin* [signature]
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242431/METG/0409

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12689-RWZ

JAMES P. CIESLUK,

    Plaintiff

v.

THE TOWN OF BELLINGHAM, BRIAN D. KITCHER, PETER LEMON, EDWARD GUZOWSKI, JOHN MELANSON, GERARD L. DAIGLE and RICHARD PERRY,

    Defendants

DEFENDANT PETER LEMON'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Now comes defendant Peter Lemon and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Peter Lemon

COUNSEL TO DEFENDANT PETER LEMON,

_____
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242431/METG/0409

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12689-RWZ

JAMES P. CIESLUK,

    Plaintiff

v.

THE TOWN OF BELLINGHAM, BRIAN D. KITCHER, PETER LEMON, EDWARD GUZOWSKI, JOHN MELANSON, GERARD L. DAIGLE and RICHARD PERRY,

    Defendants

DEFENDANT BRIAN D. KITCHER'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Now comes defendant Brian D. Kitcher and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Brian D. Kitcher

KuTcHer

COUNSEL TO DEFENDANT
BRIAN D. KITCHER,

_____
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242431/METG/0409

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12689-RWZ

| | |
|---|---|
| JAMES P. CIESLUK,<br><br>        Plaintiff<br><br>v.<br><br>THE TOWN OF BELLINGHAM, BRIAN D. KITCHER, PETER LEMON, EDWARD GUZOWSKI, JOHN MELANSON, GERARD L. DAIGLE and RICHARD PERRY,<br><br>        Defendants | DEFENDANT JOHN MELANSON'S LOCAL RULE 16.1(D)(3) CERTIFICATE |

Now comes defendant ~~Brian D. Kitcher~~ John Melanson - JC and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
John Melanson

COUNSEL TO DEFENDANT
JOHN MELANSON,

_____
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242431/METG/0409

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12689-RWZ

JAMES P. CIESLUK,

    Plaintiff

v.

THE TOWN OF BELLINGHAM, BRIAN D. KITCHER, PETER LEMON, EDWARD GUZOWSKI, JOHN MELANSON, GERARD L. DAIGLE and RICHARD PERRY,

    Defendants

DEFENDANT EDWARD GUZOWSKI'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Now comes defendant ~~Brian D. Kitcher~~ *Edward W. Guzowski* and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Edward Guzowski

COUNSEL TO DEFENDANT
EDWARD GUZOWSKI,

_____
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242431/METG/0409