3/30/05

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\*    \*    \*    \*    \*    \*    \*

JAMES P. CIESLUK,                        \*
                    PLAINTIFF,
                                         \*
          V.                             \*        CIVIL ACTION
                                         \*          NO. 04-12689 RWZ
THE TOWN OF BELLINGHAM,
  BRIAN D. KITCHER, PETER                \*
LEMON, EDWARD GUZOWSKI
JOHN MELANSON, GERARD L.                 \*
DAIGLE and RICHARD PERRY,
                    DEFENDANTS.          \*

\*    \*    \*    \*    \*    \*    \*

## PLAINTIFF'S LOCAL RULE 16.1(d)(3) CERTIFICATE

Now comes the Plaintiff and the undersigned counsel and hereby affirm that they have conferred:

    (a) with a view to establishing a budget for the costs

        of conducting the full course – and various

        alternative courses – of the litigation; and,

    [b]  to consider the resolution of the litigation

        through the use of alternative dispute

2

resolution programs such as those outlined in L.R. 16.4.

JAMES P. CIESLUK

By His Attorney,

*Frances L. Robinson*

FRANCES L. ROBINSON
BBO#: 422910
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace, 3rd Fl.
Boston, Massachusetts  02109
(617) 723-7339

JAMES P. CIESLUK