| | | |
|---|---|---|
| LEONARD KOPELMAN<br>DONALD G. PAIGE<br>ELIZABETH A. LANE<br>JOYCE FRANK<br>JOHN W. GIORGIO<br>BARBARA J. SAINT ANDRE<br>JOEL B. BARD<br>JOSEPH L. TEHAN, JR.<br>THERESA M. DOWDY<br>DEBORAH A. ELIASON<br>RICHARD BOWEN<br>DAVID J. DONESKI<br>JUDITH C. CUTLER<br>KATHLEEN E. CONNOLLY<br>DAVID C. JENKINS<br>MARK R. REICH<br>BRIAN W. RILEY<br>DARREN R. KLEIN<br>JONATHAN M. SILVERSTEIN<br>ANNE-MARIE M. HYLAND<br>JASON R. TALERMAN<br>GEORGE X. PUCCI<br><br>JANET HETHERWICK PUMPHREY<br>DIRECTOR WESTERN OFFICE<br>WILLIAM HEWIG III<br>JEANNE S. McKNIGHT | **KOPELMAN AND PAIGE, P. C.**<br>ATTORNEYS AT LAW<br>31 ST. JAMES AVENUE<br>BOSTON, MASSACHUSETTS 02116-4102<br><br>(617) 556-0007<br>FAX (617) 654-1735<br><br>LENOX OFFICE<br>(413) 637-4300<br><br>NORTHAMPTON OFFICE<br>(413) 585-8632<br><br>WORCESTER OFFICE<br>(508) 752-0203 | KATHLEEN M. O'DONNELL<br>PATRICIA A. CANTOR<br>THOMAS P. LANE, JR.<br>MARY L. GIORGIO<br>MICHELE E. RANDAZZO<br>THOMAS W. MCENANEY<br>KATHARINE GOREE DOYLE<br>LAUREN F. GOLDBERG<br>JEFFREY A. HONIG<br>GREGG J. CORBO<br>RICHARD T. HOLLAND<br>ELIZABETH R. CORBO<br>MARIA C. ROTA<br>VICKI S. MARSH<br>JOHN J. GOLDROSEN<br>SHIRIN EVERETT<br>BRIAN E. GLENNON, II<br>JONATHAN D. EICHMAN<br>JOSEPH S. FAIR<br>LAURA H. PAWLE<br>CAROLYN M. MURRAY<br>JACKIE COWIN<br>SARAH N. TURNER<br>JEFFREY T. BLAKE<br>BRIAN M. MASER<br>CAROLYN KELLY MACWILLIAM<br>ANNE C. ROSENBERG<br>PETER L. MELLO |

August 30, 2005

<u>COURTESY COPY – DO NOT SCAN</u>

Honorable Rya W. Zobel
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   James P. Ciesluk v. Town of Bellingham, et al.
      <u>U.S. District Court, C.A. No. 04-12689</u>

Dear Judge Zobel:

   Please consider this a status report on the above-captioned case, per the Court's order of March 30, 2005. Discovery is substantially complete, with depositions of all parties finished. Defendants intend to depose one more witness; plaintiff intends to resume one witness deposition, which was suspended pending the filing of a motion regarding disclosure of state police records.

   Defendants do not wish to engage in settlement negotiations at this time, but, rather, wish to file a dispositive motion for which, defendants submit, they have substantial grounds. As the Scheduling Order does not provide for the filing of such a motion, defendants, by this letter, request the Court's authorization for same.

   Thank you for your attention to this matter.

Very truly yours,

Jackie Cowin

JC/cmt
cc:   Frances L. Robinson, Esq.
259866/METG/0605