UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \*

| | |
|---|---|
| JAMES P. CIESLUK,<br>      PLAINTIFF,<br><br>V.<br><br>THE TOWN OF BELLINGHAM,<br>  BRIAN D. KITCHER, PETER<br>LEMON, EDWARD GUZOWSKI<br>JOHN MELANSON, GERARD L.<br>DAIGLE and RICHARD PERRY,<br>      DEFENDANTS. | *<br><br>*<br><br>*   CIVIL ACTION<br>*   NO. 04-12689RWZ<br><br>*<br><br>*<br><br>* |

\* \* \* \* \* \* \*

**CERTIFICATE OF COMPLIANCE**

I, Frances L. Robinson, attorney for the Plaintiff, hereby certify in accordance with Rule 7.1(a) of the Local Rules of the District Court that I have had the required conversation with the Attorney for the Defendants and the witness involved and have attempted to narrow the issues.

                  JAMES P. CIESLUK

                  By His Attorney,

                  */s/ Frances L. Robinson*
                  FRANCES L. ROBINSON
                  BBO#: 422910
                  Davis, Robinson & White, LLP
                  One Faneuil Hall Marketplace, 3rd Fl.
                  Boston, MA 02109
                  (617) 723-7339

2

## CERTIFICATE OF SERVICE

      I, Frances L. Robinson, attorney for the Plaintiff, James P. Ciesluk in the above-entitled matter, hereby certify that I have this 26th day of January, 2006, served a true copy of the within document upon the Defendants, by mailing a copy thereof, postage prepaid, to Attorney Jackie Cowin; Kopelman and Paige, P.C.; 31 St. James Avenue; Boston, MA 02116-4102 and to the attorney for witness, Massachusetts State Police Lieutenant Michael Kalmbach - John Vigliotti, Esquire, Reardon, Joyce & Akerson, 397 Grove Street, Worcester, MA 01605 .

*Frances L. Robinson*
FRANCES L. ROBINSON