UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12689-RWZ

JAMES P. CIESLUK,

              Plaintiff

v.

THE TOWN OF BELLINGHAM, BRIAN D. KITCHER, PETER LEMON, EDWARD GUZOWSKI, JOHN MELANSON, GERARD L. DAIGLE and RICHARD PERRY,

              Defendants

## NOTIFICATION OF CHANGE OF ADDRESS

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

        Kopelman and Paige, P.C.
        101 Arch Street
        Boston, MA  02110-1109
        (617) 556-0007
        FAX (617) 654-1735

        /s/Jackie Cowin
        Joseph L. Tehan, Jr. (BBO# 494020)
        Jackie Cowin (BBO# 655880)
        Kopelman and Paige, P.C.
        101 Arch Street
        12th Floor
        Boston, MA  02110-1109

## CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Jackie Cowin

274140/Metg/0605