UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12689-RWZ

JAMES P. CIESLUK,

    Plaintiff

v.

THE TOWN OF BELLINGHAM, BRIAN D. KITCHER, PETER LEMON, EDWARD GUZOWSKI, JOHN MELANSON, GERARD L. DAIGLE and RICHARD PERRY,

    Defendants

JOINT MOTION FOR REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Now come the parties to the above-captioned action, and hereby respectfully request that this Court refer this case for Alternative Dispute Resolution. As grounds therefor, the parties state that, after conducting discovery, they consider this case amenable to mediation, and seek to engage in such mediation prior to preparing for possible trial.

WHEREFORE, the parties respectfully request that this Court refer this case for Alternative Dispute Resolution.

| PLAINTIFF | DEFENDANTS, |
|---|---|
| By his attorney, | By their attorneys, |
| /s/Frances L. Robinson /jc | /s/Jackie Cowin |
| Frances L. Robinson (BBO#) | Joseph L. Tehan, Jr. (BBO# 494020) |
| Davis, Robinson & White, LLP | Jackie Cowin (BBO# 655880) |
| One Faneuil Hall Marketplace | Kopelman and Paige, P.C. |
| South Market Building - Third Floor | 101 Arch Street |
| Boston, MA 02109 | Boston, MA 02110 |
| (617) | (617) 556-0007 |

CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Jackie Cowin

282705/METG/0605