UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__James P. Ciesluk__
            **Plaintiff**

        V.                    CIVIL CASE NO. 04-12689-RWZ

__Town of Bellingham, et al.__
            **Defendants**

## NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for __a Mediation Hearing__ on __July 17, 2006__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

All parties with binding authority are REQUIRED to attend, leave of Court is needed for any exceptions. All confidential mediation briefs are REQUIRED to be SUBMITTED to the court VIA FACSIMILE at (617) 204-5833 TWO BUSINESS DAYS prior to the hearing.

                                            SARAH A. THORNTON,
                                            CLERK OF COURT

__5/31/2006__                             By:   __/s/ Marc K. Duffy__
    Date                                                   Deputy Clerk

(ADR NOTICE (Ciesluk).wpd - 3/7/2005)