**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>   James Ciesluk   </u>
         Plaintiff(s)

V.

<u>   Town of Bellingham, et al.   </u>
         Defendant(s)

CIVIL ACTION
NO. <u>  04-12689-RWZ  </u>

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE <u>   ZOBEL   </u>

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On <u>  7/17/2006  </u> I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| ___X___ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____].
The parties were present in person, or by an authorized officer. [except _____].
The case was:

[X] Settled. Your clerk should enter a <u> 60 </u> day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

<u>   7/17/2006   </u>                               <u>   Marianne B. Bowler, USMJ   </u>
     DATE                                                       ADR Provider

(ADR Report (Ciesluk).wpd - 4/12/2000)                                            [adrrpt.]