AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

CIESLUK
v.
BELLINGHAM, ET AL

**APPEARANCE**

Case Number: 04-12689-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
ALL DEFENDANTS

__7/17/06__
Date

Signature

Print Name: JOSEPH L. TEHAN JR.
KOPELMAN + PAIGE, P.C.
101 ARCH ST.
Address

BOSTON, MA   02110
City         State    Zip Code

(617) 556-0007
Phone Number