UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12689-RWZ

JAMES P. CIESLUK,

Plaintiff

v.

THE TOWN OF BELLINGHAM, BRIAN D.
KITCHER, PETER LEMON, EDWARD
GUZOWSKI, JOHN MELANSON, GERARD L.
DAIGLE and RICHARD PERRY,

Defendants

STIPULATION OF DISMISSAL
WITH PREJUDICE

Now come the parties to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and

hereby stipulate and agree that the Complaint and all claims therein be dismissed with prejudice,

without costs, fees or interest to any party, and waiving all rights of appeal.

PLAINTIFF

By his attorney,

/s/ Frances L. Robinson
Frances L. Robinson (BBO#422910)
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace
South Market Building - Third Floor
Boston, MA 02109
(617) 723-7339

DEFENDANTS,

By their attorneys,

/s/Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110
(617) 556-0007

CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Jackie Cowin

288498/METG/0605