UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \*

| | |
|---|---|
| JAMES P. CIESLUK, <br>   PLAINTIFF, <br><br> V. <br><br> THE TOWN OF BELLINGHAM, <br> BRIAN D. KITCHER, PETER <br> LEMON, EDWARD GUZOWSKI <br> JOHN MELANSON, GERARD L. <br> DAIGLE and RICHARD PERRY, <br>   DEFENDANTS. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br>   CIVIL ACTION <br>   NO. 04-12689RWZ |

\* \* \* \* \* \* \*

### PLAINTIFF'S REPORT TO COURT

Now comes the Plaintiff and, through counsel, and pursuant to this Court's Order of January, 2006, reports that counsel has returned the retained computer evidence provided to her by Defendants' counsel.

Counsel has annexed a copy of the letter of compliance hereto.

JAMES P. CIESLUK

By His Attorney,

*Frances Robinson*

FRANCES L. ROBINSON
BBO#: 422910
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace, 3rd Fl.
Boston, Massachusetts 02109
(617) 723-7339

## CERTIFICATE OF SERVICE

I, Frances L. Robinson, attorney for the Plaintiff, James Ciesluk in the above-entitled matter, hereby certify that I have, this 21st day of September, 2006, served a true copy of the with document upon the Defendants, by mailing a copy thereof, postage prepaid, to: Joseph L. Tehan, Jr., Esquire and to Attorney Jackie Cowin, Kopelman and Paige, P.C., 101 Arch Street, 12th Floor, Boston, MA 02110-1109.

_____
FRANCES L. ROBINSON

**DAVIS, ROBINSON & WHITE, L.L.P.**
Attorneys at Law
One Faneuil Hall Marketplace, Third Floor
South Market Building
Boston, Massachusetts 02109
Telephone (617) 723-7339
Fax (617) 723-7731

Willie J. Davis
Frances L. Robinson
William M. White, Jr.

September 21, 2006

Lieutenant Michael Kalmbach
Massachusetts State Police
Computer Forensic Unit
340 West Brookfield Road
New Braintree, MA  01531

RE: *JAMES P. CIESLUK v. TOWN OF BELLINGHAM, ET AL*
    *CIVIL ACTION NO. 04-12689-RWZ*

Dear Lieutenant Kalmbach:

In compliance with the enclosed Court Order, I am returning to you the entire package forwarded to me by the Defendants in the above-entitled action.

Thank you for your attention to this matter.

Very truly yours,

*Frances L. Robinson*
FRANCES L. ROBINSON

FLR:s

Enclosure

cc: Attorney Jackie Cowin (w/o enclosure)